UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVY COACH INC.,

            *Plaintiff*,

  v.

VALERII KAFIDOV a/k/a VALERII KAFIDOFF d/b/a BEST COLLEGE ADMISSION CONSULTANTS and DOES 1-10,

            *Defendants*.

Civil Action No. 1:23-cv-09730-JPC-RFT

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

      Upon Plaintiff Ivy Coach Inc.'s ("Plaintiff") Motion for Default Judgment and Permanent Injunction Against Defendant Kafidov, the Memorandum of Law in support thereof, the supporting Declaration of Margaret Scoolidge, Esq., and the entire record herein, and for the reasons stated by the Court at the July 2, 2024 hearing on Plaintiff's motion,

      IT IS HEREBY ORDERED as follows:

      1.     Plaintiff's Motion for Default Judgment and Permanent Injunction Against Defendant Valerii Kafidov a/k/a Valerii Kafidoff d/b/a Best College Admission Consultants ("Defendant Kafidov" or "Defendant") is GRANTED;

      2.     Defendant is liable to Plaintiff for violation of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a));

      3.     Defendant is liable to Plaintiff for violation of Section 349 of the New York General Business Law;

      4.     Defendant is liable to Plaintiff for violation of New York Common Law Libel.

      5.     In addition, Defendant, its agents, representatives, servants, employees, and all others in active concert or participation with Defendant, are permanently enjoined and restrained from:

      (a)      Publishing, displaying, distributing or disseminating false, misleading, and deceptive statements concerning Plaintiff and Plaintiff's services on Defendant's website www.bestcollegeadmissionconsultants.com, or any other website owned or controlled by Defendant;

      (b)      Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraph (a) above.

6.      Plaintiff's Third Cause of Action and Fourth Cause of Action in the operative pleading (First Amended Complaint (ECF Doc. 5)) are dismissed without prejudice.

7.      Defendants Does 1-10 are dismissed without prejudice.

8.      Each party shall bear their own fees and costs.

SO ORDERED this __8th__ day of __July__, 2024.

_____
HON. JOHN P. CRONAN
United States District Judge

The Clerk of Court is respectfully directed to close Docket Number 25 and to close this case.